UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HEWITT A. GRANT, II,**

    Plaintiff,

v.                                                      Case No. 5:19cv45-TKW-MJF

**EMMETT POWELL,**

    Defendant.
_____/

## O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 22). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that Defendant's motion to dismiss is due to be granted and that the federal claims in Plaintiff's amended complaint are due to be dismissed with prejudice. The amended complaint does not appear to assert a state law claim, but to the extent it does, I agree with the magistrate judge's determination that the Court should decline supplemental jurisdiction and dismiss any state law claims without prejudice. Accordingly, it is

    **ORDERED** that:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 17) is **GRANTED**, and

    a. Plaintiff's federal claims under the First, Fifth, and Fourteenth Amendments are **DISMISSED with prejudice**.

    b. Any state law claims in the amended complaint are **DISMISSED without prejudice**.

3. The Clerk shall close the file.

**DONE and ORDERED** this 13th day of January, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**